No. —. UNITED STATES ET AL. *v.* OHIO ET AL.; and
No. —. SAME *v.* WHEELING & LAKE ERIE RY. CO. ET AL. Motion submitted February 7, 1934. Decided February 12, 1934. On consideration of the motion of the defendants and cross-appellants in the above entitled causes, it is ordered that the orders of the District Court, entered in these causes on January 19, 1934, be and the same are hereby vacated in so far as they stay the operation and enforcement of the order of the Interstate Commerce Commission. *Virginian Ry. Co. v. United States*, 272 U.S. 658, 672–675. *Solicitor General Biggs* and *Messrs. Elmer B. Collins, J. Stanley Payne, John Fox Weiss, Charles R. Webber, M. Carter Hall, Leo P. Day, Guernsey Orcutt, Frederic D. McKenney, August G. Gutheim, Henry C. Hall,* and *Alex. M. Bull* in support of the motion. *Mr. John W. Bricker,* Attorney General of Ohio, and

*Messrs. Donald C. Power, Atlee Pomerene, Clan Crawford, Andrew P. Martin,* and *Ernest Ballard* in opposition thereto.